No. 09-10862. Ernest Miller, Petitioner v. California.

562 U.S. 854, 131 S. Ct. 115, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 6041.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 09-10866. Courtney Cobbs, Petitioner v. William Pollard, Warden.

562 U.S. 854, 131 S. Ct. 115, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 6261.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10870. Ernest Miller, Petitioner v. California.

562 U.S. 854, 131 S. Ct. 115, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 6108.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 09-10871. Ernest Miller, Petitioner v. California.

562 U.S. 854, 131 S. Ct. 116, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 6013.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 09-10872. Darryl M. Young, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 854, 131 S. Ct. 116, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 5890.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10877. Jose Luis Ortiz, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 854, 131 S. Ct. 116, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 6271.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10878. Norman Blake McKenzie, Petitioner v. Florida.

562 U.S. 854, 131 S. Ct. 116, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 5833.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 29 So. 3d 272.

No. 09-10881. Jeffrey Jones, Petitioner v. John Marshall, Warden.

562 U.S. 854, 131 S. Ct. 116, 178 L. Ed. 2d 71, 2010 U.S. LEXIS 6073.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.